The judgment is reversed and the cause remanded.

Opinion approved by the court.

### BRONSON v. STATE.
No. 25810.

Court of Criminal Appeals of Texas.
April 9, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of unlawfully selling whisky in a dry area. The punishment was assessed at 120 days in jail and a fine of $500.

The record is before us without a statement of facts or bills of exception.

All proceedings appearing regular and nothing being presented for review, the judgment is affirmed.

Opinion approved by the Court.